NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1482
(Serial No. 09/822,261)

IN RE WILLIAM A. KNAUS and
RICHARD D. MARKS,

Richard D. Marks, of Mclean, Virginia, argued for appellants.  With him on the brief were James Remenick and Matthew J. Smith, Remenick PLLC, of Washington, DC.

William LaMarca, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office.  With him on the brief were Raymond T. Chen, Solicitor, and Frances M. Lynch, Associate Solicitor.

Appealed from:  United States Patent and Trademark Office
                Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1482
(Serial No. 09/822,261)

IN RE WILLIAM A. KNAUS and
RICHARD D. MARKS,

# Judgment

ON APPEAL from the     United States Patent and Trademark Office,
                        Board of Patent Appeals and Interferences.

in CASE NO(S).         09/822,261

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER and PROST, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  April 27,2010          /s/ Jan Horbaly
                               Jan Horbaly, Clerk